Cause No. 505-14

In The Matter
of the Marriage of

Rebecca Jenkinson Acy
And
Cedric Demon Acy

And interest of
Ashlie Mechelle Acy,
A Child

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/27/2015 9:35:08 AM
DEBBIE AUTREY
Clerk

In the District Court

Upshur County, Texas

115th Judicial District

## Notice of Appeal

Now Comes Cedric Demon Acy, hereinafter, Respondant, to file his Notice of Appeal from Final Decree of Divorce and Injunction Entered September 1, 2015 in the 115th District Court of Upshur County Texas.

Respondant hereby gives Notice to Appeal to Court, Petitioner and petitioners Attorney this September 30th 2015.

DOCUMENT SCANNED

FILED
KAREN BUNN
DISTRICT CLERK
2015 OCT -5 AM 11:36
UPSHUR COUNTY, TEXAS
BY
DEPUTY

Respondant prays for General Releif

Respectfully Submitted

Cedric Demon Acy pro-se

## Certificate of Service

Respondant Certify that Tom S. McCorkle Attorney for petitioner has been mailed A copy of the following Notice of Appeal on this 30th day of September, 2015 at 403 West Tyler St Gilmer, TX 75644

TO: **CLERK**

Sept 30, 2015

Dear Clerk of Court,

Enclose you will find **3** Motions in Which I **Need** Filed With the **Court.** please **FILEMARK** Each **Motion** And **Send** me A **Filemarked** Copy. I will Also Have A **family** Member **CONTACT** **Court** to **Verify** **Motions** Were **Received/Filed.**

**ATTENTION** **CLERK of COURT**

FILED
KAREN BURN
DISTRICT CLERK

2015 OCT -5 AM 11:38

UPSHUR COUNTY TEXAS
BY
DEPUTY